IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

———————————————

No. 97-30992
Conference Calendar

———————————————

UNITED STATES OF AMERICA,

                                        Plaintiff-Appellee,

versus

ROMULO NAVARETTE,

                                        Defendant-Appellant.

- - - - - - - - - - -
Appeal from the United States District Court
for the Eastern District of Louisiana
USDC No. 97-CR-100-L
- - - - - - - - - - -
June 17, 1998
Before DAVIS, PARKER, and DENNIS, Circuit Judges.

PER CURIAM:[*]

     Romulo Navarette appeals from his sentence for possession

with intent to distribute cocaine and from the denial of his

postjudgment motion to reduce his offense level by two levels for

his role in the offense.  Navarette contends solely that the

district court should have reduced his offense level for his role

in the offense.

     Because no objections were made to the presentence report or

at sentencing, our review of the district court's actions at

_____

     [*]  Pursuant to 5TH CIR. R. 47.5, the court has determined
that this opinion should not be published and is not precedent
except under the limited circumstances set forth in 5TH CIR.
R. 47.5.4.

sentencing is under the plain-error standard. *United States v. Calverley*, 37 F.3d 160, 162-64 (5th Cir. 1994)(en banc). Navarette's offense level was based on the amount of cocaine taken from him. The district court therefore did not err by denying him an adjustment for his role in the offense. *United States v. Atanda*, 60 F.3d 196, 199 (5th Cir. 1995).

AFFIRMED.